# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSE IVAN PEREZ ADAMES,

        Plaintiff,

v.                                          Case No. 6:24-cv-1442-JRK

LELAND C. DUDEK,
Acting Commissioner of Social
Security, [1]

        Defendant.
_____/

## ORDER

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 20; "Motion"), filed March 5, 2025, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. The Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant (Doc. No. 20) is **GRANTED**.

---

[1] Leland C. Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Dudek is substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

      2.      The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to take any necessary action to complete the administrative record, hold a new hearing, and issue a new decision.

      3.      The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on April 1, 2025.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record